FILED

FEB 13 2019

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:19cr 70-ECM |
| | ) | [21 U.S.C. § 843(a)(3)] |
| AUBREY VINCENT GOODWIN | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1
(Acquisition of a Controlled Substance by Fraud, Deception, or Subterfuge)

On or about December 3, 2018, in Montgomery County, within the Middle District of Alabama, the defendant,

AUBREY VINCENT GOODWIN,

did knowingly and intentionally obtain and acquire, by misrepresentation, fraud, forgery, deception, and subterfuge, a mixture and substance containing a detectable amount of alprazolam, a Schedule IV controlled substance, in violation of Title 21, United States Code, Section 843(a)(3).

## FORFEITURE ALLEGATION

A.   The allegations contained in count 1 of this indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

B.   Upon conviction of the offenses in violation of Title 21, United States Code, Section 843(a)(3) set forth in count 1 of this indictment, the defendant,

AUBREY VINCENT GOODWIN,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from proceeds defendant obtained directly or indirectly as a result of the said offenses and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses in violation of Title 21, United States Code, Section 843(a)(3).

    C.    If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

    (1)    cannot be located upon the exercise of due diligence;

    (2)    has been transferred or sold to, or deposited with, a third party;

    (3)    has been placed beyond the jurisdiction of the court;

    (4)    has been substantially diminished in value; or

    (5)    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL:

_____
Foreperson

_____
LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

_____
Jonathan S. Ross
Assistant United States Attorney